# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 713 MAL 2018

           Respondent    :

                         :    Petition for Allowance of Appeal from

                         :    the Order of the Superior Court

           v.                  :

                         :

JOSE OLIVO-NOBLE,            :

                         :

           Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.